■ LAING v BUSHIN.—Motion wherein it seeks leave to

appeal to the Court of Appeals denied, and wherein it seeks reargument granted, and upon reargument, the order of this court entered on January 26, 1989 (146 AD2d 974) recalled and vacated and a new order substituted therefor. *(See,* 149 AD2d 351 [decided herewith].) Concur—Murphy, P. J., Kupferman, Carro, Ellerin and Wallach, JJ.